1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California  94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: Jacqueline.A.Forslund@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                             **FRESNO DIVISION**

12

13  GENEVA EVRETT,                )
                                  )   CIVIL NO. 1:05-cv-0563-SMS
14          Plaintiff,            )
                                  )   STIPULATION AND ORDER AWARDING
15          v.                    )   EAJA ATTORNEY FEES
                                  )
16  MICHAEL J. ASTRUE,            )
    Commissioner of               )
17  Social Security,              )
                                  )
18          Defendant.            )
    _____)

19

20      IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the

21  approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the

22  Equal Access to Justice Act in the amount of AMOUNT IN ONE THOUSAND SIX HUNDRED

23  NINETY TWO DOLLARS AND SEVENTY THREE CENTS ($1,692.73).  This amount represents

24  compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil

25  action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

26      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

27  and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in

28  the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all

claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

          Respectfully submitted,

Dated: November 21, 2008     /s/ *Robert D. Christenson*
(As authorized via facsimile)
ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: November 21, 2008     McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 25, 2008**     /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE